Case 4:17-cr-00119 Document 20 Filed in TXSD on 04/17/17 Page 3 of 3

United States District Court
Southern District of Texas
**ENTERED**
April 18, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | |
| | § | 4:17-CR-00119-2 |
| RASHEED AKINSANYA | § | |

## MOTION TO SUBSTITUTE COUNSEL

On this day __April 18, 2017__ came to be considered Defendant's Motion to Substitute Counsel and it appears to the court that this Motion should be:

(GRANTED) / DENIED

_____
JUDGE PRESIDING